**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SCOOTERS & CYCLES, INC., MIDWEST
MOTORCYCLE RENTALS AND TOURS,
and DANIEL B. JOHNSON,**

        **Plaintiffs,**

**-vs-**                               **Case No. 6:09-cv-690-Orl-28GJK**

**CITY OF DAYTONA BEACH SHORES,**

        **Defendant.**
_____

## ORDER

Plaintiffs bring the instant action pursuant to 42 U.S.C. § 1983, alleging, in four counts, violations of their constitutional rights by Defendant, the City of Daytona Beach Shores ("the City"). The case is now before the Court on the Motion to Dismiss (Doc. 10) filed by the City and Plaintiffs' Response (Doc. 11) in opposition thereto.

"A pleading that states a claim for relief must contain . . . a short and plain statement of the claim showing that the pleader is entitled to relief.'" Fed. R. Civ. P. 8(a)(2). "'[D]etailed factual allegations'" are not required, but "[a] pleading that offers 'labels and conclusions' or 'a formulaic recitation of the elements of a cause of action will not do.'" Ashcroft v. Iqbal, 129 S. Ct. 1937, 1949 (2009) (quoting Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007)). "To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" Id. (quoting Twombly, 550 U.S. at 570). In considering a motion to dismiss brought under Federal Rule of Civil Procedure

12(b)(6), a court limits its "consideration to the well-pleaded factual allegations, documents central to or referenced in the complaint, and matters judicially noticed." LaGrasta v. First Union Sec., Inc., 358 F.3d 840, 845 (11th Cir. 2004).

Under these standards and those governing § 1983 cases against municipalities, the Complaint sufficiently states the causes of action alleged and provides the City with fair notice of the claims against it. Accordingly, it is **ORDERED** and **ADJUDGED** that the Motion to Dismiss (Doc. 10) filed by Defendant is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida this 20th day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record